# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GARY J. LEBLANC, III

NO. 2023 KW 0119

**MARCH 27, 2023**

---

In Re:    Gary L. Leblanc, III, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1601360.

---

**BEFORE:    GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED AS MOOT.**  The record of the Tangipahoa Parish Office of the Clerk of Court shows that the district court acted on relator's "Motion for Production of Boykin Exam, Guilty Plea Transcript" on December 13, 2022.

**JMG**
**EW**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT